UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HUAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JIN BRENDAN YI,<br><br>　　　　　Respondent. | Case No. 2:25-cv-0936-DC-JDP (PS)<br><br>ORDER SETTING INITIAL SCHEDULING CONFERENCE |

　　　　Pursuant to Federal Rule of Civil Procedure 16, it is hereby ORDERED that:

　　　　1. An initial scheduling conference is set for August 21, 2025, at 10:00 a.m. The conference will be conducted remotely via Zoom.[1]

　　　　2. The parties may, but are not required to, file an amended status report by no later than fourteen days before the conference. If the parties elect to file an amended status report, it shall address the following:

　　　　　　a. the factual and legal contentions set forth in the parties' pleadings, briefly summarized;

　　　　　　b. possible joinder of additional parties;

　　　　　　c. expected amendment of pleadings and, if applicable, a proposed deadline for

---

[1] The Zoom invitation will be distributed one week prior to the scheduling conference.

1

1  such amendment;

2        d. jurisdiction and venue;

3        e. anticipated motions and their scheduling;

4        f. a proposed discovery plan and its scheduling, including deadlines for

5  exchanging initial disclosures and for disclosing expert witnesses;

6        g. proposed cutoff dates for completing discovery and dispositive motions;[2]

7        h. any proposed changes to the limits on discovery imposed by the Federal Rules

8  of Civil Procedure;

9        i. whether the case is related to any other cases, including any bankruptcy cases;

10        j. whether an early settlement conference should be scheduled at the initial

11  scheduling conference;

12        k. whether the parties will stipulate to the undersigned acting as the settlement

13  judge and waive disqualification from so acting, or whether they prefer to have a different

14  magistrate judge conduct a settlement; and

15        l. any other matters that may add to the just and expeditious disposition of this

16  matter.

17     3. The parties are hereby notified that failure to obey federal or local rules, or any order

18  of this court, "may be grounds for imposition by the Court of any and all sanctions authorized by

19  statute or Rule or within the inherent power of the Court," including dismissal. E.D. Cal. L.R.

20  110.

---

[2] The parties are advised that Judge Peterson generally requires that: (1) expert disclosures be completed before the close of fact discovery; (2) all motions to compel discovery be heard approximately thirty days before the close of discovery; and (3) all dispositive motions be heard within approximately ninety days of the discovery completion date. A final pretrial conference will be set after resolution of any dispositive motions or passage of the dispositive motion deadline. A trial date will be determined at the pretrial conference.

1    4. The parties are reminded of their continuing duty to notify chambers immediately of
2 any settlement or other disposition. *See* E.D. Cal. L.R. 160.

IT IS SO ORDERED.

Dated:    July 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3