UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HUAN, | Case No. 2:25-cv-0936-JDP (PS) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| JIN BRENDAN YI, | |
| Respondent. | |

The court previously issued an order setting a status conference for November 20, 2025, and directing the parties to file status reports by no later than November 6, 2025. ECF No. 17. Petitioner timely submitted a status report. Respondent, however, failed to file his own status report.

Respondent will be ordered to show cause why sanctions should not be imposed for his failure to timely file a status report. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The status conference currently set for November 20, 2025, is continued to December 11, 2025, at 10:00 a.m. The conference will be conducted via Zoom.

1

      2. By no later than December 1, 2025, respondent Brendan Yi Jin shall file a status report as required by the court's August 25, 2025 order.  *See* ECF No. 17.

      3. Respondent Brendan Yi Jin shall show cause, by no later than December 1, 2025, why sanctions should not be imposed for failure to comply with the court's August 25, 2025 order.

      4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that respondent's answer be stricken and his default entered.

IT IS SO ORDERED.

Dated:   November 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2